IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MALCOM WEBB | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv259 |
| D. HOLCOMB | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Malcolm Webb, proceeding *pro se*, filed the above-styled lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff's motion for a preliminary injunction be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge. A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the Magistrate Judge are correct and the Report [Dkt. 28] is ADOPTED as the opinion of the Court. The motion for preliminary injunction [Dkt. 18] is DENIED.

**SIGNED this 3rd day of October, 2023.**

Michael J. Truncale
United States District Judge