IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MALCOM WEBB | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv259 |
| D. HOLCOMB | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Malcolm Webb, proceeding *pro se*, filed the above-styled lawsuit.  The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that plaintiff's motion for summary judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge.  A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the Magistrate Judge are correct and the Report [Dkt. 39] is ADOPTED as the opinion of the Court. The motion for summary judgment [Dkt. 31] is DENIED.

**SIGNED this 21st day of March, 2024.**

Michael J. Truncale
United States District Judge